US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 09 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AUTOMATED MOTION & PROCESS CONTROL, INC.     PLAINTIFF

vs.     Case No. 14-2154

J.S. HAREN COMPANY and
PHILADELPHIA INDEMNITY INSURANCE CO.     DEFENDANTS

## NOTICE OF REMOVAL

The separate Defendant, J.S. Haren Company, hereby gives Notice of Removal of this action from the Circuit Court of Sebastian County, Arkansas, Fort Smith Division, to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1446. In support of removal, this Defendant states:

1. On June 2, 2014, the Plaintiff, Automated Motion & Proceess Control, Inc., filed its Complaint and Demand for Jury Trial against the Defendants in the Circuit Court of Sebastian County, Arkansas, Fort Smith Division, Case No. CV 2014-516 VI.

2. This Defendant, J.S. Haren Company, received service of the Summons and Complaint on June 10, 2014. Copies of all pleadings and summonses entered in this action are attached hereto as Exhibits 1 and 2.

3. This Court has jurisdiction of the action under 28 U.S.C. § 1332, and it is subject to removal pursuant to 28 U.S.C. § 1441 because the Complaint alleges that this civil action is between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Sebastian County, Arkansas, Fort Smith Division, and written notice is being served on counsel for the Plaintiff and on the remaining Defendant in this action.

5. This Defendant's Notice of Removal is timely pursuant to 28 U.S.C. §1446 (b) because it is filed within thirty (30) days after this Defendant received service of the Summons and Complaint.

James D. Lawson (Arkansas Bar No. 86110)
JAMES D. LAWSON, P.C.
10094 Ridgewood Oak Drive
Lakeland, Tennessee 38002
(901) 201-9668 (telephone)
jimmy@hamlindispute.com
Attorney for J.S. Haren Company

### CERTIFICATE OF SERVICE

I, James D. Lawson, counsel for J.S. Haren Company, do hereby certify that I have served a true and correct copy of the foregoing pleading to the following party and counsel of record on this 8th day of July, 2014, via First Class United States Mail with sufficient postage affixed thereon:

Matthew D. Campbell, Esq.
J. Tyler Henderson, Esq.
Pinnacle Law Firm, PLLC
424 West 4th Street, Suite A
North Little Rock, Arkansas 72114

Philadelphia Indemnity Insurance Co.
James J. McGuire, Jr., President
Suite 1001 Bala Plaza
Bala Cynwyd, Pennsylvania 19004.

JAMES D. LAWSON