IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| AUTOMATED MOTION & PROCESS CONTROL, INC., <br>　　　　　Plaintiff, <br><br>v. <br><br>J.S. HAREN COMPANY and PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br>　　　　　Defendants, <br><br>J.S. HAREN COMPANY, <br>　　　　　Counter-Plaintiff, <br><br>v. <br><br>AUTOMATED MOTION & PROCESS CONTROL, INC., <br>　　　　　Counter-Defendant. | No. 2:14-cv-2154-PKH |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

COME NOW the parties, by and through undersigned counsel, and for their Joint Stipulation of Voluntary Dismissal, state:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Automated Motion & Process Control, Inc. ("AMP Control") voluntarily dismisses its claims against Defendants J.S. Haren Company, Inc.

("Haren") and Philadelphia Indemnity Insurance Company ("Philadelphia").

2. This voluntary dismissal is without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B).

3. Haren and Philadelphia stipulate to AMP Control's voluntary dismissal.

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Counter-Plaintiff Haren voluntarily dismisses its claims against Counter-Defendant AMP Control.

5. This voluntary dismissal is without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(B).

6. AMP Control stipulates to Haren's voluntary dismissal.

WHEREFORE the parties pray that this Court's records will be amended to reflect the parties' joint stipulation to voluntary dismissal of this action.

Respectfully submitted,

[signatures on following page]

/s/ Matthew D. Campbell
Ark. Bar No. 2009032
**/s/ J. Tyler Henderson**
Pinnacle Law Firm, PLLC
P.O. Box 7469
Little Rock, AR 72217
P: (501) 396-9246
matt@pinnaclelawfirm.com
*Attorney for Automated Motion & Process Control, Inc.*

**/s/ James D. Lawson**
Ark. Bar No. 86110
James D. Lawson, P.C.
10094 Ridgewood Oak Dr.
Lakeland, TN  38002
P: (901) 201-9668
jimmy@hamlindispute.com
*Attorney for J.S. Haren Co.*
*Philadelphia Indemnity Insurance*

CERTIFICATE OF SERVICE

I, Matthew D. Campbell, hereby certify that a true-and-correct copy of the foregoing will be served on all necessary persons via this Court's CM/ECF system as of the date of filing by the Clerk of this Court.

**/s/ Matthew D. Campbell**